IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-399-MOC-DCK

| | |
|---|---|
| HUYEN FARRELL, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| SAMFIN RESOURCES, LLC, and NORMAN J. VELEZ JR., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Local Counsel Rashad Blossom on December 23, 2025.

Applicant Javier L. Merino seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Javier L. Merino is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 23, 2025

David C. Keesler
United States Magistrate Judge